1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   ANNA S. McLEAN, Cal. Bar No. 142233
3  amclean@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
7     Including Professional Corporations
   FRANK FALZETTA, Cal. Bar No. 125146
8  ffalzetta@sheppardmullin.com
   JEFFREY CROWE, Cal. Bar No. 216055
9  jcrowe@sheppardmullin.com
   JENNIFER HOFFMAN, Cal. Bar No. 240600
10 jhoffman@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
11 Los Angeles, California 90091
   Telephone:    213.620.1780
12 Facsimile:    213.620.1398

13 Attorneys for Defendants
   STATE FARM FIRE GENERAL INSURANCE COMPANY
14 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

15

                          UNITED STATES DISTRICT COURT
16
                         NORTHERN DISTRICT OF CALIFORNIA
17

18

| | |
|---|---|
| BOOBULI'S LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. 3:20-cv-7074-WHO<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Hon. William H. Orrick<br><br>[Civil Local Rules 5-1(i)(3), 6-1, 6-2 and Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Complaint Filed: October 9, 2020 |

This Stipulation is entered into by and between Plaintiff Boobuli's LLC ("Plaintiff") and State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company, ("Defendants") (collectively, the "Parties") through their respective counsel of record.

**RECITALS**

1. WHEREAS, Plaintiff filed its First Amended Complaint ("FAC") on January 15, 2021, in which it named Defendants as parties for the first time;

2. WHEREAS, on January 19, 2021, the Court issued an Order Denying Motion to Dismiss as Moot, Dkt. 28, in which it, *inter alia,* ordered Defendants to respond to the FAC within 14 days;

3. WHEREAS, on January 19, 2021, the Court issued summonses as to Defendants;

4. WHEREAS, the Parties have met and conferred agree that (1) Defendants' counsel will accept service of the summonses, and (2) they jointly request the Court to enter the following briefing and hearing schedule on Defendants' anticipated Motion to Dismiss.

**STIPULATION**

A. The deadline for Defendants to file a responsive pleading as to the FAC is extended to February 19, 2021;

B. The deadline for Plaintiff to file a response to Defendants' anticipated pleadings motion shall be March 11, 2021;

C. The deadline for Defendants to file a reply shall be March 26, 2021;

D. The hearing shall take place on April 14, 2021 at 2:00, or another date thereafter convenient for the Court.

**IT IS SO STIPULATED.**

Dated: January 22, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendants,
STATE FARM GENERAL INSURANCE COMPANY and
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Dated: January 22, 2021   BIRKA-WHITE LAW OFFICES

By  */s/ David M. Birka-White*
DAVID M. BIRKA-WHITE
Attorneys for Plaintiff,
BOOBULI'S LLC

**IT IS SO ORDERED.** _____.

Dated: January 25, 2021

_____
Hon. William H. Orrick, United State District Court Judge