SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ANNA S. McLEAN, Cal. Bar No. 142233
amclean@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
JEFFREY CROWE, Cal. Bar No. 216055
jcrowe@sheppardmullin.com
JENNIFER HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppardmullin.com
333 S. Hope Street, 43rd Floor
Los Angeles, California 90091
Telephone:    213.620.1780
Facsimile:    213.620.1398

Attorneys for Defendants
STATE FARM FIRE GENERAL INSURANCE COMPANY
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOBULI'S LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>    Defendant. | Case No. 3:20-cv-7074-WHO<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF INITIAL CASE MANAGEMENT CONFERENCE WITH HEARING ON MOTION TO DISMISS**<br><br>Hon. William H. Orrick<br><br>[Civil Local Rules 5-1(i)(3), 6-1, 6-2 and Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Complaint Filed: October 9, 2020 |

This Stipulation is entered into by and between Plaintiff Boobuli's LLC ("Plaintiff") and State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company, ("Defendants") (collectively, the "Parties") through their respective counsel of record.

## RECITALS

1. WHEREAS, Plaintiff filed its First Amended Complaint ("FAC") on January 15, 2021;

2. WHEREAS, the Parties stipulated, and the Court approved, a briefing schedule and hearing date for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, setting the motion hearing for April 14, 2021 at 2:00pm [ECF 34];

3. WHEREAS, the initial Case Management Conference ("CMC") is currently set for March 23, 2021 at 2:00pm;

4. WHEREAS, in the interests of efficiency, the Parties jointly request that the Court consolidate the motion hearing and the CMC so that both take place on April 14, 2021 at 2:00pm, with the Parties filing their Joint CMC Statement no later than April 7, 2021;

## STIPULATION

A. The Initial Case Management Conference shall be held concurrently with the hearing on Defendants' Motion to Dismiss on April 14, 2021 at 2:00pm;

B. The Parties shall file their Joint Case Management Statement and Proposed Order no later than April 7, 2021;

C. The deadlines imposed by Federal Rules of Civil Procedure 16 and 26 shall be continued accordingly.

**IT IS SO STIPULATED.**

Dated: March 2, 2021

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Anna S. McLean*
ANNA S. McLEAN
Attorneys for Defendants,
STATE FARM GENERAL INSURANCE
COMPANY and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

Dated: March 2, 2021          BIRKA-WHITE LAW OFFICES

By      */s/ David M. Birka-White*
DAVID M. BIRKA-WHITE
Attorneys for Plaintiff,
BOOBULI'S LLC

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to David M. Birka-White, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Executed this 2nd day of March, 2021 at San Francisco, California.

*s/ Anna S. McLean*
ANNA S. McLEAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 3, 2021

Hon. William H. Orrick
United States District Court Judge