1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   ANNA S. McLEAN, Cal. Bar No. 142233
3  amclean@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:   415.434.9100
5  Facsimile:   415.434.3947

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
7     Including Professional Corporations
   FRANK FALZETTA, Cal. Bar No. 125146
8  ffalzetta@sheppardmullin.com
   JENNIFER HOFFMAN, Cal. Bar No. 240600
9  jhoffman@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
10 Los Angeles, California 90091
   Telephone:   213.620.1780
11 Facsimile:   213.620.1398

12 Attorneys for Defendants
   STATE FARM FIRE GENERAL INSURANCE COMPANY
13 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOBULI'S LLC, a California limited liability company, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>           Defendants. | Case No. 3:20-cv-7074-WHO<br><br>CLASS ACTION<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE**<br><br>Hon. William H. Orrick<br><br>[Civil Local Rules 6-1, 6-2 and Fed. R. Civ. P. 6(b)(1)(A)]<br><br>Complaint Filed: October 9, 2020 |

This Stipulation is entered into by and between Plaintiff Boobuli's LLC ("Plaintiff") and State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company, ("Defendants") (collectively, the "Parties") through their respective counsel of record.

**RECITALS**

WHEREAS, on May 2, 2023, the Court entered an order setting the following dates:

**Summary Judgment Schedule**

    Motion: July 26, 2023

    Opposition: September 6, 2023

    Reply: September 27, 2023

    Hearing: October 11, 2023 at 2:00 p.m. (to be held concurrently with Case Management Conference previously set for October 31, 2023)

**Class Certification Schedule**

    Motion: November 15, 2023

    Opposition:  December 6, 2023

    Reply: December 20, 2023

    Hearing: January 10, 2024 at 2:00 p.m.

The Court's May 2, 2023 Order did not change the following dates:

**Trial Schedule**

    Pretrial Conference: May 13, 2024 at 2:00 p.m.

    Trial: June 10, 2024 by Jury

WHEREAS, Defendants filed their Motion for Summary Judgment on July 26, 2023.

WHEREAS, on August 9, 2023, Plaintiff requested a meet and confer regarding a Rule 30(b)(6) deposition of Defendants' corporate designees and four individual employees who it contends it needs to complete in order to oppose Defendants' Motion for Summary Judgment (in addition to Defendants' actuarial expert witness Nancy Watkins of Milliman, Inc.).

WHEREAS, Defendants dispute that Plaintiff needs the additional requested depositions to oppose the Motion for Summary Judgment.  However, Defendants are willing to produce certain

-2-

1  witnesses for deposition before the deadline for Plaintiff to file its Opposition to Defendants'
2  Motion for Summary Judgment.
3      WHEREAS, due to the timing of Plaintiff's request, pre-planned vacation schedules and
4  other limited availability of the deponents and counsel, and the currently-scheduled August 31,
5  2023 deposition of Ms. Watkins, Defendants cannot produce their witnesses for deposition before
6  Plaintiff's current Opposition deadline of September 6, 2023.
7      WHEREAS, the parties have agreed to continue the Opposition deadline and all other
8  scheduled dates for approximately 60 days to allow Plaintiff time to depose Defendants' witnesses
9  on mutually-agreeable dates.
10     NOW, THEREFORE, the Parties jointly request that the Court modify the current pretrial
11 schedule as follows:

**STIPULATION**

**Summary Judgment Schedule**

    Opposition: November 6, 2023

    Reply: December 6, 2023

    Hearing: December 20, 2023 at 2:00 p.m. (to be held concurrently with Case Management Conference)

**Class Certification Schedule**

    Motion: January 15, 2024

    Opposition:  February 15, 2024

    Reply: March 7, 2024

    Hearing: March 20, 2024 at 2:00 p.m.

**Fact Discovery Schedule**

    Last day to complete fact discovery:  March 31, 2024

**Trial Schedule**

    Pretrial Conference: July 22, 2024 at 2:00 p.m.

    Trial: August 19, 2024 by Jury

1  **IT IS SO STIPULATED.**

2  Dated:  August 25, 2023

3                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                                    By          */s/ Jennifer M. Hoffman*
5                                              JENNIFER M. HOFFMAN
                                             Attorneys for Defendants,
6                                   STATE FARM GENERAL INSURANCE COMPANY and
                                    STATE FARM MUTUAL AUTOMOBILE INSURANCE
7                                                      COMPANY

8

9  Dated:  August 25, 2023

10                                   BERDING & WEIL LLP

11                                   By            */s/ Frederick Hagen*
12                                              FREDERICK HAGEN
                                             Attorneys for Plaintiff,
13                                              BOOBULI'S LLC

14

15                          **SIGNATURE CERTIFICATION**

16     Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is

17 acceptable to Frederick Hagen, counsel for Plaintiff, and that I have obtained his authorization to

18 affix his electronic signature to this document.  Executed this 25th day of August, 2023 at Los

19 Angeles, California.

20                                            */s/ Jennifer M. Hoffman*

21                                            JENNIFER M. HOFFMAN

---

SMRH:4861-0683-6600.1              -3-
                                   FURTHER STIPULATION AND [~~PROPOSED~~] ORDER
                                   MODIFYING PRETRIAL SCHEDULE

-4-

1   **IT IS SO ORDERED, as modifed below:**

2   **Class certification hearing:**      **March 27, 2024, at 2:00 p.m.**

3   **Pretrial Conference:**              **July 15, 2024, at 2:00 p.m.**

4   **The Case Management Conference previously set for October 11, 2023 is VACATED.**

Dated:  August 29, 2023

_____
HON. WILLIAM H. ORRICK
United States District Judge