UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOBULI'S LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 20-cv-07074-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. |

Pursuant to the Order Granting Motion for Summary Judgment, Judgment is accordingly entered.

Dated: January 24, 2024

Mark B. Busby, Clerk

*Jean M. Davis*

By: Jean M. Davis, Deputy Clerk